IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>OSHAE ADOMEE BOYD,<br><br>　　　　　Defendant. | CASE NO. 1:19-MJ-00174 SKO<br><br>ORDER SETTING HEARING AND STAYING RELEASE ORDER |

The United States having applied to this Court for revocation and appeal of the Magistrate's release Order, and asking for a hearing on the matter as well as a stay of the Magistrate's Order until the conclusion of the hearing and this Court's Order, and good cause appearing thereof,

IT IS ORDERED, that a hearing on the matter is set for Monday, September 23, 2019 at 1:30 p.m. before the undersigned. It is further Ordered that U.S. Magistrate Judge Erica P. Grosjean's Order releasing the defendant entered on September 17, 2019 is stayed pending the outcome of the hearing and this Court's subsequent Order.

IT IS SO ORDERED.

　Dated:　**September 19, 2019**　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE